IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

FEB 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| SANTOS MONTOYA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-229 |
| | § | |
| DIRECTOR, TDCJ-ID | § | |
| JANIE COCKRELL | § | |

## ORDER

Petitioner, Santos Montoya, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by April 6, 2004.

DONE at Brownsville, Texas, this 3rd day of February, 2004.

John Wm. Black
United States Magistrate Judge