IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BRONWSVILLE DIVISION

|  |  |  |
|---|---|---|
| SANTOS MONTOYA | § | |
| V | § | CIVIL ACTION NO.B-03-229 |
| DOUG DRETKE, Director TDCJ | § | |

APR 26 2004

Michael N. Milby
Clerk of Court

### MOTION FOR JUDGEMENT UNDER RULE 55 A AND RULE 57 OF FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the petitioner in the above case, AND WOULD show this court the following:

### STATEMENT OF THE CASE

On Feb.4,2004 this court entered an order directing the state of Texas to file an answer to petitioners 2254 writ of habeas corpus. The state was given until April 6,2004 to comply with this court order.
The defendant's have failed to comply with this court's order of Feb.4,2004, and today April 20,2004 two weeks have passed since the defendant's deadline expired, to this date the defendant's have failed to comply with the court order, and they have failed to file for an extension of time to comply with said order.
Under Rule 8 of the federal rules of civil procedure, the petitioner contends that this court has jurisdiction and the authority to enter an order of Declaratory judgement for default, for failure to comply with an order of the court, see Bennett v Collins, 835 F.Supp.930 (E.D.Texas 1993) and Frick V Quinlin, 631F.@d.37,40 (5th cir.1980), under RULE 81(a)2,28 U.S.C.A. Federal Rules Of Civil Procedure, the office of the Attorney General should have replied with a prompt response.
The petitioner contends that Rule 11 of the federal rules of civil procedure is applicable in a case such as this even though this is a criminal matter, the writ of habeas corpus is actually a civil remedy.

When a party against whom a judgement for affirmative relief is sought has failed to plead or otherwise defend as provided bt these rules and that fact is made to appear by affidavit or otherwise,the clerk shall enter the party's default,Fed. Rules civil pro.55 a.

## RELIEF

The petitioner would request that the Motion For Default be granted, that a hearing be ordered,and any other relief this court may deem proper.

Sincerely,
Santos Montoya

#544493
04-20-04

## CERTIFICATE OF SERVICE

I, Santos Montoya do hereby state that a true and correct copy of the petitioners Motion For Default Judgement has this date the 20th day of April 2004 been served on the defendant by placing the same in the U.S.mail and addressed to the following:

Sincerely,
Santos Montoya

#544493
04-20-04

Office Of The Attorney General
Prisoner Litigation
P.O.Box 12548,Capitol Station
Austin,Tx 78711