United States District Court
Southern District of Texas
FILED

APR 30 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS MONTOYA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-03-229 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
| Respondent. | § | |

## RESPONDENT DRETKE'S FIRST EMERGENCY MOTION
## FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT

This is a habeas corpus case brought by a Texas state prisoner, Santos Montoya ("Montoya")[1] under 28 U.S.C. §§ 2241, 2254. By order of this court entered February 4, 2004, the Director was required to file his responsive pleading on or before April 6, 2004. However, the Director was not served with the court's order until April 28, 2004, and on April 29th, the Director received Montoya's 331 page federal petition from the court's clerk. *See* Exhibit A (copy of Facsimile Cover Sheet); Exhibit B (copy of Fed. Ex. Airbill). Thus, it was impossible for the Director to timely respond. The Director's delay is due to no fault of his own. It appears that this petition was never received by either the Director or the Attorney General's Office, as there is no indication of a signed return receipt. *See* Docket Entry No. 2. Thus, the undersigned requests this first emergency extension of time until Friday, June 18, 2004, to file his response.

The Director respectfully asks for this court's patience. He has requested for the same amount of time this court initially gave in it original Order because this case needs to be processed, which includes assigning the case an internal agency number, assigning the case to a specific attorney, and both ordering and receiving the necessary state court records. The Director assures this court that this request for an extension of time is not designed to harass the petitioner, nor to

---

[1] For purposes of clarity, Respondent Doug Dretke will be referred to as "the Director."

unnecessarily delay these proceedings. Rather this extension is necessary because the Director was not served with the court's Order and petition.

## CONCLUSION

For the foregoing reasons, the Director respectfully moves this court for an extension to June 18, 2004, within which to file a responsive pleading.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

DON CLEMMER
Acting Deputy Attorney General
   for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division


*/s/ Gretchen B. Merenda*
GRETCHEN B. MERENDA*
Assistant Attorney General
State Bar No. 24010233
Southern District Admission No. 25065

P.O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Santos Montoya, petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

_____
GRETCHEN B. MERENDA
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Correctional Institutions Division, and is proceeding *pro se* in this cause. The Director will not speculate on whether Petitioner opposes this motion.

_____
GRETCHEN B. MERENDA
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States mail, postage prepaid, on this the 29th day of April 2004, addressed to:

Santos Montoya
TDCJ-CID No. 544493
Eastham Unit
P.O. Box 16
Lovelady, Texas 75851

*Gretchen B. Merenda*
GRETCHEN B. MERENDA
Assistant Attorney General

# EXHIBIT A

# UNITED STATES COURTS
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

## PHONE (956)548-2500
## FAX (956)548-2598



## TRANSMITTAL COVER SHEET

TO: Laura Haney

FROM: Rebecca (civil)

DESCRIPTION: Order

NUMBER OF PAGES (INCLUDING THIS PAGE): 2

DATE: 4/28/04

Petition avail. on pacer.

# EXHIBIT B

