**FILED**
United States District Court
Southern District of Texas

MAY 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS MONTOYA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-03-229 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
| Respondent. | § | |

**ORDER EXTENDING TIME**

On the motion of Respondent, the Director's time for filing his response is extended by placing it in the mail on or before Friday, June 18, 2004.

SIGNED on this the 3RD day of MAY, 2004.

_____
JUDGE PRESIDING