IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS MONTOYA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-03-229 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT DRETKE'S MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS WITH BRIEF IN SUPPORT**

This is a habeas corpus case brought by a Texas state prisoner, Santos Montoya ("Montoya")[1] under 28 U.S.C. §§ 2241, 2254. On July 27, 2004, this court issued a report and recommendation ("R&R"), wherein it was recommended that petitioner's federal petition, filed on December 13, 2003, is timely filed, granted equitable tolling, thus, denying the Director's motion for summary judgment. R&R at 1, 5, 10 [Docket Entry #10]. The Director received the R&R by fax on that same date. *Id.* at 1. Thus, objections are due August 10, 2004.[2]

As justification for this extension of time, within the last fifteen days, the undersigned has prepared and filed four responsive pleadings in other habeas corpus cases, in addition to preparing for an evidentiary hearing in *Ybarra v. Dretke*, Civil Action No. 3:02-CV-2380-D. As of today, the undersigned has sixteen additional responses with the federal district courts all due in the next thirty days, plus two Fifth Circuit briefs in *Ward v. Dretke*, No. 03-51447

---

[1] For purposes of clarity, Respondent Doug Dretke will be referred to as "the Director."

[2] Where time for acting is less than eleven days, intervening Saturdays, Sundays, and legal holidays are excluded. FED. R. CIV. PROC. 6(a). Here, the weekends of July 31-August 1 and August 7-8 are excluded; thus, the objections are due by Tuesday, August 10, 2004. This extension of time was placed in express overnight mail to the court on August 6, 2004.

(reply/cross-appellee brief), and *Hernandez v. Dretke*, No. 03-51236 (appellee brief). Consequently, the Director requests an eight day extension of time, up to and including Wednesday, August 18, 2004, within which to file objections to the magistrate judge's report and recommendation. The Director apologizes to the court for the necessity of this extension and appreciates the court's patience. Additional time is required and would be greatly appreciated.

For the foregoing reasons, the Director respectfully requests that his Motion for Extension of Time be granted.

>Respectfully submitted,
>
>GREG ABBOTT
>Attorney General of Texas
>
>BARRY R. McBEE
>First Assistant Attorney General
>
>DON CLEMMER
>Deputy Attorney General
>   for Criminal Justice
>
>GENA BUNN
>Assistant Attorney General
>Chief, Postconviction Litigation Division
>
>_____
>GRETCHEN B. MERENDA*
>Assistant Attorney General
>State Bar No. 24010233
>Southern District Admission No. 25065
>
>P.O. Box 12548, Capitol Station
>Austin, Texas  78711
>(512) 936-1400
>Facsimile No. (512) 936-1280
>
>ATTORNEYS FOR RESPONDENT

2

## NOTICE OF SUBMISSION

To: Santos Montoya, petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

GRETCHEN B. MERENDA
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Correctional Institutions Division, and is proceeding *pro se* in this cause. The Director will not speculate on whether Petitioner opposes this motion.

GRETCHEN B. MERENDA
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States mail, postage prepaid, on this the 6th day of August 2004, addressed to:

Santos Montoya
TDCJ-CID No. 544493
Eastham Unit
P.O. Box 16
Lovelady, Texas 75851

GRETCHEN B. MERENDA
Assistant Attorney General