1)

B-03CV229

August 16, 2004

United States District Court
Southern District ...
AUG 2 ? 2004
Michael N. Milby
Clerk of Court
14

John Wm. Black
United States Magistrate Judge

Our Father God bless you with the love, peace, and justice of His only begotten Son Jesus Christ my Lord and Saivor in your heart always through God's Holy Spirit and God's Holy Word.

Here I am writing you this short letter to thank you on the name of Jesus Christ my Lord and Saivor for ruling on my favor and RECOMMENDED that the Director's Motion for Summary Judgment (Docket No. 6) be DENIED.

In my faith in Christ my Lord and Saivor, I believed that the Federal Court is going to review and hear my case the results are on the hands of our Father God and His only begotten Son Jesus Christ my Lord and Saivors to work in your heart through God's Holy Spirit to bless me with His justice and my freedom openning the door of all the prisons of Texas.

On the name of Jesus Christ my Lord and Saivor, I confess to you that I didn't Kill that person that I was accused and sentence to prison for all this time.

Our Father God bless you and your lovely family with the love, peace, joy, faith, and justice of Jesus Christ in your heart always through God's Holy Spirit and God's Holy Word.

Sincerly: A new creation of God in Christ

[signature]  August 16, 2004

## LUKE 18:1-8

1) And he spake a parable unto them to this end, that men ought always to pray, and not to faint;

2) Saying, There was in a city a judge, which feared not God, neither regarded man:

3) And there was a widow in that city; and she came unto him, saying, Avenge me of mine adversary.

4) And he would not for a while; but afterward he said within himself, Though I fear not God, nor regard man;

5) Yet because this widow troubleth me, I will avenge her, lest by her continual coming she weary me.

6) And the Lord said, Hear what the unjust judge saith.

7) And shall not God avenge his own elect, which cry day and night unto him, though he bear long with them?

8) I tell you that he will avenge them speedily. Nevertheless when the Son of man cometh, shall he find faith on the earth?

In my faith in Christ; I believed that you are the choice people of God in Christ to bless me with His justice and my freedom working in you heart through God's Holy Spirit.

Sincerly: A servant of God in Christ.

*[signature]* August 16, 2004