To: Michael N. Milby, Clerk of Court.
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrisson Street
Brownsville, Texas. 78520-7114



I Santos Montoya am writing this letter to notify the Honourable Court of my change of address.
My Civil Action # B-03-229 my new unit is listed below.
Would you please file it for future correspondence.
Thank you for your help with this matter;
God Bless You And Your Lovely Family Always.

Sincerly: [signature] 5444c
Sept. 13, 2004

Santos Montoya
TDCJ-CID No. 544493
Jordan Unit
1992 Hilton Road.
Pampa, Texas. 79065-9696