To: Michael N. Milby
Clerk of Court.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE Box 61010
HOUSTON, TEXAS. 77208

I, Santos Montoya am writing this letter to notify the Honourable Judge of this Court about my changed of address.
My Civil Action Case #B-03-229 my new address is:
Santos Montoya
TDCJ-CID No. 544493
JORDAN UNIT
1992 Hilton Road
PAMPA, TEXAS. 79065-9696

Would you please file this for future correspondence. Thank you on advance for your help with this matter. God bless you and your lovely family with the love and peace of His Son, Jesus Christ always through Gods Holy Spirit.

Sincerely,
December. 18, 2004

Santos Montoya
TDCJ-CID No. 544493
Jordan Unit
1992 Hilton Road
Pampa, Texas. 79065-9896

United States Courts
Southern District of Texas
FILED
DEC 23 2004
Michael N. Milby, Clerk

To: Michael N. Milby
Clerk of Court
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas. 77208