AUGUST 12,2005

*N.*

TO; CLERK MICHAEL MILBY

    UNITED STATES DISTRICT COURT

    SOUTHERN DISTRICT OF TEXAS

    BROWNSVILLE;DIVISION

    600 EAST HARRISSON STREET

    BROWNSVILLE,TEXAS 78520-7114

United States Courts
Southern District of Texas
FILED

AUG 1 7 2005   KM

Michael N. Milby, Clerk

CIVIL ACTION No.B-03-229

NOTICE OF CHANGE OF ADDRESS

On September 13,2004 I sent you a letter to notify you about my change of address,and I did not received a respond from you to know if you received my letter.

Mr. Milby here I am, Santos Montoya writing you a second letter to notify you once again about my change of address.

And I ask you if you would please put it on my case file Civil Action No.B-03-229 for future correspondence.

This is my new address:  TDCJ-CID No. 544493 *Santos Montoya*
                       RUFE JORDAN UNIT
                       1992 Hilton Road
                       Pampa,Texas 79065 *August 12, 2005*

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct original letter of the above has been served by placing same in the United States mail on this the 12th day of August,2005


Addressed to :

Michael N. Milby

Clerk,United States District Court

Southern District of Texas

Brownsville,Division

600 East Harrison Street

Brownsville,Texas 78520-7114

                                        # 544493
                              Santos Montoya # 544493

                              Petitioner

                              August 12,2005



OC - MM -USDCBD

CC - SM

#444463 Santos Montoya
JORDAN Unit
1992 Hilton Road
Pampa, Texas, 79065-9696

77208-1010

Michael N. Milby
Clerk, United States District Court
Southern District of Texas
Post Office Box 61010
Houston, TX 77208