SANTOS MONTOYA
TDCJ-ID # 544493
JORDAN UNIT
1992 HILTON RD
PAMPA, TX 79065

United States District Court
Southern District of Texas
FILED

JAN 0 9 2006

Michael N. Milby
Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
U.S.DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
600 EAST HARRISSON ST.ROOM 101
BROWNSVILLE, TX 78520

RE;CIVIL ACTION No.B-03-229

DATE Jan.02,2006

Dear Clerk;

On November 04,2004 the court issued a memorandum and order in the above cause number. In that memorandum and order the court adopted the Magistrate Judge's Report and Reccomedation and referred back to Magistrate Judge John W.M.Black, Petitioner's motion for habeas relief under 28 U.S.C.§ 2254 for a review of its merits. Could you please inform me as to its status in the accompanying self stamped envelope. Your expediate response would be greatly appreciated.

Sincerely,

*[signature]* 01-02-06
SANTOS MONTOYA # 544493
PETITIONER



Santos Montoya #544693
RUFE JORDAN UNIT
1992 HILTON RD
PAMPA, TX 79065

MAIL
United States District Court
Southern District of Texas
Received

JAN 0 9 2006

Michael N. Milby, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 EAST HARRISON ST. ROOM 101
BROWNSVILLE, TEXAS 78520

78520 4714