October 15, 2007

ATTN: Clerk Michael Milby
United States District Court
Southern District Of Texas
Brownsville, Division
600 East Harrison Street
Brownsville, Texas 78520-7114

**United States District Court
Southern District of Texas
FILED**

OCT 1 7 2007

**Michael N. Milby
Clerk of Court**

Civil Action No. B-03-229

NOTICE OF CHANGE OF ADDRESS

Mr. Milby here I am, Santos Montoya writing this letter to notify you about my change of address.

And I ask, if you would please put it on my case file Civil Action No. B-03-229 for future correspondence.

This is my new address:   Santos Montoya
　　　　　　　　　　　　TDCJ-CID No. 544493
　　　　　　　　　　　　1985 Cordova Drive
　　　　　　　　　　　　Brownsville, TX 78521

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct original letter of the above has been served by placing same in the United States mail on this the 15th day of October 2007.

Addressed to:  Michael Milby
    Clerk, United States District Court
    Southern District Of Texas
    Brownsville, Division
    600 East Harrison Street
    Brownsville, TX 78520

Santos Montoya #544493
Petitioner
October 15, 2007

Santos Montoya #544493
1985 Cordova Drive
Brownsville, TX 78521

MCALLEN TX 785
16 OCT 2007 PM 1 T

MAIL
United States District Court
Southern District of Texas
RECEIVED
OCT 17 2007
Michael N. Milby, Clerk

78520+7176

Clerk Michael Milby
United States District Court
Southern District Of Texas
Brownsville, Division
600 East Harrisson Street
Brownsville, TX 78520-7114